

FILED
CLERK, U.S. DISTRICT COURT

OCT - 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL BANICO,<br><br>Defendant. | NO. 2:25-mj-06137-DUTY<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>**[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]** |

The defendant having been arrested in Los Angeles County, California pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of the defendant's probation; and

The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

\\

\\

\\

1

A.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's failure to proffer any evidence to meet the defendant's burden on this issue and history of multiple parole violations;

and

B.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's criminal history and active substance abuse.


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.


DATED: October 3, 2025

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE